EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

JAMES E. GALLAGHER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone No. 257-2110, Ext. 262
Facsimile No. 257-1829
E-mail: james.e.gallagher@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00052 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL AND |
| Vs. | ) | RECALL OF BENCH WARRANT |
| | ) | |
| JENI K. KAOHELAULII, | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANT

      Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the Court endorsed hereon, the United

States Attorney hereby dismisses without prejudice the

Information against JENI K. KAOHELAULII, defendant herein, as the

United States Marshal Service has attempted to locate and serve

the listed individual with the attached bench warrant, and after

their best efforts have been unable to do so.  The defendant is

not in custody on the dismissed charges listed above.  Any

outstanding bench warrants for this matter should be recalled and

returned to the Clerk's Office.

            DATED:  Honolulu, Hawaii, September 15, 2006.


                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ James E. Gallagher
                           JAMES E. GALLAGHER
                           Special Asst. U.S. Attorney

                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA


Leave of Court is granted for the filing of the foregoing
dismissal without prejudice, and the dismissals without prejudice
are hereby GRANTED AND SO ORDERED.



                        /s/ Barry M. Kurren
                        United States Magistrate Judge
                        Dated: September 18, 2006



United States v. JENI K. KAOHELAULII
CR. NO. 03-00052
ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANT

                        2